Actions by Catherine C. Heine, individually, etc., against Theodore A. Liebler and others. B. Steinhardt, for appellants. H. Vidaver, for respondent. No opinion. Judgments affirmed, with costs.

HEISENBUTTEL et al., Respondents, v. BECKMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by John F. Heisenbuttel and another against Henry T. Beckman and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HELD v. BURKE et al. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Henry Held against Luke A. Burke and others. No opinion. Motion granted, unless respondent stipulates to deduct from recovery against appellant Burke the sum of $75 and interest; if such stipulation be given, motion denied, without costs.

HENRY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Dora R. Henry against the city of New York and another. C. V. Bellamy, for appellant. T. H. Bailey, for respondents. No opinion. Judgment affirmed, with costs.

HERTEL, Respondent, v. KENER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by John S. Hertel against Edward Kener, Jr., and another. No opinion. Judgment affirmed, with costs.

HILLS, Appellant, v. HAPGOOD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 7, 1903.) Action by Lyman H. Hills, as trustee, etc., against Chester M. Hapgood and others. No opinion. Motion denied.

HILLYER et al. v. LE ROY et al. (Supreme Court, Appellate Division, Third Department. May 23, 1903.) Action by Drayton Hillyer and another against William B. Le Roy and another. No opinion. Motion denied.

HINES, Respondent, v. SECURITY TRUST CO. OF ROCHESTER, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1903.) Action by Martin Hines against the Security Trust Company of Rochester, N. Y., as executor, etc. No opinion. Judgment affirmed, with costs.

HIXSON, Respondent, v. SYRACUSE & S. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.)

Action by Mary Hixson against the Syracuse & Suburban Railroad Company. No opinion. Order of County Court affirmed, with costs.

HOLLISTER, Appellant, v. WILSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Edward F. Hollister against George H. Wilson. No opinion. Judgment affirmed, with costs.

HOLLY, Appellant, v. HILL, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Isaac McMunn Holly against Frank T. Hill. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re HOPE. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) In the matter of the application of Bernard J. Hope for admission to the bar. No opinion. Application granted.

HUDLER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Caroline B. Hudler against the Metropolitan Street Railway Company. No opinion. Motion denied.

HUGHES v. FICKLEN & MURPHY CO. et al. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Henry F. Hughes, individually, etc., against the Ficklen & Murphy Company and another. No opinion. Judgment affirmed, with costs.

HULL v. LIEBLER et al. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Edward S. Hull against Theodore A. Liebler and others. No opinion. Order affirmed, with $10 costs and disbursements.

JACKSON et al., Appellants, v. O'BRIEN, Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Henry H. Jackson and others against Michael J. O'Brien. E. W. S. Johnston, for appellants. T. C. Ennever, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JEFFERS v. McLENNAN PAINT CO., Limited. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by John G. Jeffers against the McLennan Paint Company, Limited. No opinion. Motion for reargument denied, with $10 costs.